# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>Washington, DC 20528,<br>    Defendant,<br><br>and<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>77 Massachusetts Avenue<br>Cambridge, MA 02139,<br>    Intervenor-Defendant. | Case No.  13-0498(CKK) |

## [PROPOSED] ORDER

Upon review and consideration of Intervenor-Defendant's Motion to Intervene as Defendant and Establish a Process For Review and Release of Documents it is, this ____ day of _____, 2013, hereby

**ORDERED** that Intervenor-Defendant's Motion to Intervene is GRANTED; and it is further

**ORDERED** that, before Defendant Department of Homeland Security (DHS) makes a disclosure to Plaintiff of any documents responsive to Plaintiff's FOIA request that originated from MIT, discuss information obtained from MIT, or contain information regarding MIT employees or networks (hereinafter "MIT-Related Documents"): (1) DHS shall, on a rolling basis, provide to counsel for MIT copies of those MIT-Related Documents that it has designated for disclosure to Plaintiff in the form DHS is prepared to disclose them to Plaintiff; (2) upon receipt of such MIT-Related Documents from DHS, MIT will have five business days to review and propose to DHS additional redactions (if any) to remove references to network vulnerabilities and information likely to identify MIT employees or community members; and (3) DHS will then, within five business days, promptly disclose such MIT-Related Documents to Plaintiff in a manner that implements any redactions proposed by MIT; and it is further

**ORDERED** that if DHS disagrees with any redactions proposed by MIT in accordance with the foregoing, DHS shall notify MIT and Plaintiff of such disagreement and MIT will have

five business days within which to make an application to the Court showing cause why the redacted information at issue should not be disclosed to Plaintiff.  After all parties have had an opportunity to address the question, the Court will determine whether the information in question should be provided to Plaintiff.  If MIT does not make such an application within such time, DHS will then release the documents to the Plaintiff with the redactions to which DHS agrees at the conclusion of the five-day period.

The Clerk of the Court is directed to docket the Defendant-Intervenor's Answer (a copy of which was attached to the motion to intervene) and to forward a copy of this Order to all Counsel of record in this Action.


Dated: _____                             _____
                                                   COLLEEN KOLLAR-KOTELLY
                                                   United States District Judge

Copies to:

>   David L. Sobel
>   ELECTRONIC FRONTIER FOUNDATION
>   1818 N Street, NW
>   Suite 410
>   Washington, DC 20036
>   *Counsel for Plaintiff Kevin Poulsen*
>
>   Peter Rolf Maier
>   U.S. ATTORNEY'S OFFICE
>   Civil Division
>   555 Fourth Street, NW
>   Washington, DC 20530
>   *Counsel for Defendant Department of Homeland Security*
>
>   Patrick J Carome
>   Laura M. Hussain
>   Wilmer Cutler Pickering Hale and Dorr LLP
>   1875 Pennsylvania Ave., NW
>   Washington, D.C. 20006
>   *Counsel for Movant-Defendant Massachusetts Institute of Technology*