UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br>            Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>Washington, DC 20528,<br>            Defendant,<br><br>      and<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY<br>77 Massachusetts Avenue<br>Cambridge, MA 02139,<br>            Intervenor-Defendant. | Case No.  13-0498(CKK) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for the Massachusetts Institute of Technology ("MIT"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MIT which have any outstanding securities in the hands of the public:

Non., MIT is a Massachusetts, charitable, not-for-profit corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

By: /s/ Patrick J. Carome
    PATRICK J. CAROME (DC Bar No. 385676)
    LAURA M. HUSSAIN (DC Bar No. 988151)
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Ave., N.W.
    Washington, D.C. 20006
    Tel.: (202) 663-6000
    Fax: (202) 663-6363
    Patrick.Carome@wilmerhale.com
    *Counsel for Movant-Intervenor*
    *Massachusetts Institute of Technology*