**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>Washington, DC 20528,<br><br>                              Defendant,<br><br>     and<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY<br>77 Massachusetts Avenue<br>Cambridge, MA 02139,<br><br>                    Intervenor-Defendant. | Case No.  13-0498 (CKK) |

**CERTIFICATE OF SERVICE**

I, Patrick J. Carome, certify that, on July 18, 2013, I filed the foregoing Motion to

Intervene as Defendant and Establish a Process for Review and Release of Documents on behalf

of the Massachusetts Institute of Technology, along with the accompanying Memorandum in

Support, Answer, Exhibits, and Proposed Order, with the U.S. District Court for the District of

Columbia using the CM/ECF system, which will cause it to be served upon:


David L. Sobel
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, NW
Suite 410
Washington, DC 20036
*Counsel for Plaintiff Kevin Poulsen*

Peter Rolf Maier
U.S. ATTORNEY'S OFFICE
Civil Division

555 Fourth Street, NW
Washington, DC 20530
*Counsel for Defendant Department of Homeland Security*

By: /s/ Patrick J. Carome
     PATRICK J. CAROME (Bar No. 385676)
     Wilmer Cutler Pickering Hale and Dorr LLP
     *Counsel for Movant-Intervenor*
     *Massachusetts Institute of Technology*