# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>Washington, DC 20528,<br>　　　　　　Defendant,<br><br>and<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY<br>77 Massachusetts Avenue<br>Cambridge, MA 02139,<br>　　　　　　Intervenor-Defendant. | Case No.  13-0498(CKK) |

## [PROPOSED] **ORDER**

　　　　Upon consideration of the Consent Motion For An Expedited Hearing, it is, this ___ day of _____, 2013, hereby

　　　　**ORDERED** that counsel for all parties appear before the Court for a hearing on July __, 2013, at _____.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

David L. Sobel
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, NW
Suite 410
Washington, DC 20036
*Counsel for Plaintiff Kevin Poulsen*

Peter Rolf Maier
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
*Counsel for Defendant Department of Homeland Security*

Patrick J. Carome
Laura M. Hussain
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
*Counsel for Movant-Intervenor Massachusetts Institute of Technology*