UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KEVIN POULSEN,**

    Plaintiff,

    v.

**DEPARTMENT OF HOMELAND SECURITY,**

    Defendant.

**Civil Action No.** 13-00498 **(CKK)**

**ORDER**
(July 19, 2013)

The Massachusetts Institute of Technology ("MIT") has filed a motion to intervene in this Freedom of Information Act action and a motion for an expedited hearing. Plaintiff and Defendant have both consented to the expedited hearing, and Plaintiff has also consented to the Defendant postponing the commencement of its rolling production of documents until the Court conducts such expedited hearing, provided that such hearing occurs on or before July 25, 2013. Accordingly, on July 18, 2013, this Court entered a minute order staying the Defendant's obligation to produce responsive documents until further order of the Court.

Upon review of MIT's motion to intervene, and in order to administer this civil action in a manner fair to the litigants and consistent with the parties' interest in completing this litigation in the shortest possible time and at the least possible cost, it is, this 19th day of July, 2013, hereby

**ORDERED** that the Court shall hold an **on-the-record telephone conference** with both parties and MIT on **Tuesday, July 23, 2013**, at **2 p.m.**; is it further

**ORDERED** that by no later than **Monday, July 22, 2013**, at **12 noon**, Plaintiff and Defendant shall each file on the docket a notice, which shall, in summary form, indicate the following:

1) The party's position on intervention by MIT in this action (both as-of-right and permissive). If the party does not oppose either form of intervention by MIT, said party shall so indicate. If the party does oppose one or both forms of intervention by MIT, said party shall provide a brief statement indicating the grounds for that opposition;

2) The party's position on MIT's request that the Court permit it to review and redact each of the following categories of information from any documents that originated from MIT, discuss information obtained from MIT, or contain information regarding MIT employees or networks: (a) the names, job titles, departments, telephone numbers, email addresses, and other identifying information of MIT employees; (b) references to vulnerabilities in MIT's computer network security systems. If the party does not oppose redaction of either category of information, said party shall so indicate. If the party does oppose redaction of one or both categories of information, said party shall provide a brief statement indicating the grounds for that opposition;

3) The party's position on MIT's proposed review process. If the party does not oppose the process proposed by MIT, said party shall so indicate. If the party does oppose the proposed process, said party shall provide a brief statement indicating the grounds for that opposition; and

4) The party's understanding as to the extent to which the documents at issue in this action comprise some or all of the same documents that are the subject of Judge Nathaniel

Gorton's May 13, 2013 Memorandum & Order in *United States v. Swartz*, Crim. No. 11-10260 (D. Mass.) (attached as Exhibit A to MIT's [11] motion to intervene).

In view of the expedited schedule ordered herein, the Court does not expect full-blown briefing on the above-listed issues.  Rather, the Court would simply request an indication of the parties' positions on each of these issues, and, if the party opposes the specified requests for relief, a brief indication as to the basis for that opposition so that the Court may have some notice of the arguments the parties intend to assert at the upcoming telephone conference.

It is further **ORDERED** that the parties shall promptly contact Chambers to arrange the logistics for the upcoming on-the-record conference call.

**SO ORDERED.**

_____/s/_____

**COLLEEN KOLLAR-KOTELLY**
United States District Judge