**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**KEVIN POULSEN**                                                   :
520 Third Street, Suite 305                                          :
San Francisco, CA 94107                                              :
                                                                      :
                                      Plaintiff,         :
                                                                      :
                                                                      :                Case No. 13-cv-00498 (CKK)
                                                                      :
                    v.                                   :
                                                                      :
**DEPARTMENT OF HOMELAND SECURITY** :
Washington, DC 20258                                                 :
                                                                      :
                                      Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## JSTOR'S MOTION TO INTERVENE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 24, non-party Ithaka

Harbors, Inc., the not for profit organization that operates the JSTOR digital library

("JSTOR"), hereby respectfully moves this Court to intervene in this case.  Counsel for

Plaintiff has represented that Plaintiff presently takes no position with respect to JSTOR's

motion but, upon review of the motion, reserves the right to file an appropriate response

within the time provided by the Court's rules.  Defendant has advised that it consents to

JSTOR's intervention.  Neither Plaintiff nor Defendant has stated any position with

respect to the relief sought by JSTOR.

[remainder of page intentionally left blank]

23937859v01

The grounds supporting intervention are further set forth in the accompanying

Memorandum of Points and Authorities and the Declaration of Kevin Guthrie.  Pursuant

to Local Civil Rule 7(j), JSTOR's Proposed Answer to the Complaint filed in this case is

attached to this motion as Exhibit 1, and a Rule 7.1 Disclosure is attached as Exhibit 2.

Dated: July 19, 2013                              Respectfully submitted,


                                                  */s/ Timothy K. Beeken*
                                                    By: Timothy K. Beeken [Member of
                                                        D.D.C., not of D.C. Bar]
                                                      Bruce E. Yannett [D.C. Bar # 416306]


Of Counsel:                                       DEBEVOISE & PLIMPTON LLP
                                                  919 Third Avenue
Jeremy Feigelson                                  New York, New York 10022
Jared I. Kagan                                    (212) 909-6000
DEBEVOISE & PLIMPTON LLP                          tkbeeken@debevoise.com
919 Third Avenue                                  beyannett@debevoise.com
New York, New York 10022
(212) 909-6000                                    *Counsel for Non-Party Ithaka Harbors,*
jfeigels@debevoise.com                            *Inc. d/b/a/ JSTOR*
jikagan@debevoise.com


                                        2