**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**KEVIN POULSEN**
520 Third Street, Suite 305
San Francisco, CA 94107

                       Plaintiff,

                             Case No. 13-cv-00498 (CKK)

                       v.

**DEPARTMENT OF HOMELAND SECURITY**
Washington, DC 20258

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for proposed intervenor Ithaka Harbors, Inc., the not for profit organization that operates the JSTOR digital library (a private non-governmental entity), certifies that there is no parent corporation or publicly held corporation that owns more than 10% of its stock.

[remainder of page intentionally left blank]

23937705v01

Dated: July 19, 2013                                   Respectfully submitted,

                                                         */s/ Timothy K. Beeken*
                                                      By: Timothy K. Beeken [Member of
                                                                D.D.C., not of D.C. Bar]
                                                       Bruce E. Yannett [D.C. Bar # 416306]

Of Counsel:                                            DEBEVOISE & PLIMPTON LLP
                                                       919 Third Avenue
Jeremy Feigelson                                       New York, New York 10022
Jared I. Kagan                                         (212) 909-6000
DEBEVOISE & PLIMPTON LLP                               tkbeeken@debevoise.com
919 Third Avenue                                       beyannett@debevoise.com
New York, New York 10022
(212) 909-6000                                         *Counsel for Non-Party Ithaka Harbors,*
jfeigels@debevoise.com                                 *Inc. d/b/a/ JSTOR*
jikagan@debevoise.com

2

23937705v01