UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**KEVIN POULSEN**                                      :
520 Third Street, Suite 305                            :
San Francisco, CA 94107                                :
                                                       :
                          Plaintiff,                   :
                                                       :   Case No: 13-cv-00498(CKK)
                                                       :
              v.                                        :
                                                       :
**DEPARTMENT OF HOMELAND SECURITY**  :
Washington, DC 20258                                   :
                                                       :
                          Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF KEVIN GUTHRIE

Kevin Guthrie declares:

1.      I am President of Ithaka Harbors, Inc., a not for profit organization that operates the JSTOR digital library ("JSTOR").  I submit this declaration on personal knowledge in support of JSTOR's motion to intervene in this case.

2.      We understand that the plaintiff in this FOIA action is seeking release of the Secret Service's file on Aaron Swartz.  The Secret Service carried out an investigation of Mr. Swartz arising out of incidents involving JSTOR and the Massachusetts Institute of Technology ("MIT").  Based on that investigation, federal prosecutors opted to bring a criminal case against Mr. Swartz in Boston (the "Boston Case").  The Boston Case ended before trial when Mr. Swartz took his own life.

3.	There has been intense public reaction to the government's prosecution of Mr. Swartz and to his tragic suicide.  Much of this reaction has been thoughtful and measured.  There also have been instances of threatening behavior toward people and organizations involved in the case, including the U.S. Attorney's Office in Boston, MIT and JSTOR.

4.	JSTOR supports public access to information about the government's investigation and prosecution of Mr. Swartz, and plans to voluntarily release its own documents in redacted form.  JSTOR seeks to intervene in this FOIA case solely to ensure that, if any documents about JSTOR are released, they are redacted as necessary to protect the privacy and security of our organization and its people.

5.	JSTOR took the same position in federal court in Boston, where the Swartz estate is seeking release of the case file.  JSTOR moved to intervene in the Boston Case and asked the judge to order redactions.  Attached to this declaration as Exhibit 1 is my declaration in the Boston Case.

6.	The judge in the Boston Case allowed JSTOR and MIT to intervene.  The judge also accepted the arguments in support of redaction made by the U.S. Attorney's Office, JSTOR and MIT in support of redaction.  Attached to this declaration as Exhibit 2 is the Boston judge's opinion.  Attached as Exhibit 3 is the judge's order setting forth the details of the redaction process.

7.	JSTOR, the Boston U.S. Attorney's Office, MIT and the Swartz estate are currently working to prepare the documents from the Boston Case for public release.  From this experience and from JSTOR's efforts to prepare our own documents for

voluntary release, we know that the redaction process can be complex, and that JSTOR is in the best position to identify those details in the documents that could compromise the safety of our people and systems.

8. JSTOR has the same concerns in this case that we did in the Boston Case. We are not familiar with the contents of the Secret Service's files on Mr. Swartz. But given the Secret Service's role as lead investigative agency in the Boston Case, it is likely that the files being sought here include references to JSTOR's personnel and its computer systems, which would increase the risks to JSTOR and its people if released. Accordingly, JSTOR seeks to have the Secret Service files redacted on the same terms ordered by the Boston court, for the same reasons, and through a process that allows JSTOR to perform the redactions.

[signature page follows]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of July 2013 in New York, New York.

*[signature]*
Kevin Guthrie