## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**KEVIN POULSEN**
520 Third Street, Suite 305
San Francisco, CA 94107

                      Plaintiff,

                      Case No. 13-cv-00498 (CKK)

                   v.              **[PROPOSED] ORDER**

**DEPARTMENT OF HOMELAND SECURITY**
Washington, DC 20258

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS non-party Ithaka Harbors, Inc. d/b/a JSTOR ("JSTOR") has moved to intervene in order to be heard in this case;

IT IS HEREBY ORDERED THAT:

1. JSTOR's motion to intervene is granted under Fed. R. Civ. P. 24(a) and, in the alternative, under Fed. R. Civ. P. 24(b), for the reasons stated in JSTOR's motion papers.

[remainder of page intentionally left blank]

23937836v01

2.      Prior to any public release of documents referencing JSTOR, its systems, or any of its personnel, Defendant shall provide JSTOR with a copy of those documents, and shall allow JSTOR to make redactions consistent with the opinion and order of the Court in *U.S. v. Swartz*, Crim. No. 11-cr-10260-NMG (D. Mass.), that are attached hereto as Exhibits 1 and 2.  Within 10 days, the parties and JSTOR shall submit a joint proposed order that sets forth in detail a process and timetable for the redaction of documents to be released, or shall submit separate proposals to the extent that they cannot agree.

SO ORDERED:

_____