# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**KEVIN POULSEN**           :
520 Third Street, Suite 305       :
San Francisco, CA 94107       :
               :
       Plaintiff,    :
               :   Case No: 13-cv-00498 (CKK)
      v.         :
               :
**DEPARTMENT OF HOMELAND SECURITY** :
Washington, DC 20258       :
               :
       Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## SUPPLEMENTAL DECLARATION OF JEREMY FEIGELSON IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Jeremy Feigelson declares:

1.  Pursuant to the Court's order of July 22, 2013, I certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed at New York, New York on July 23, 2013.

              _____
                  Jeremy Feigelson