IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>Washington, DC 20528,<br><br>        Defendant. | Case No: 13-0498 (CKK) |

## ANSWER

COMES NOW Defendant, the Department of Homeland Security ("Defendant"), through undersigned counsel, and hereby submits its Answer to the Complaint.[1]

Defendant denies each and every allegation of the Complaint not expressly admitted in this Answer. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as it becomes aware of the facts and circumstances giving rise to the Complaint through the course of the litigation.

In response to the numbered paragraphs of the Complaint, Defendant admits, denies, or otherwise avers as follows:

1. The allegations contained in Paragraph 1 constitute conclusions of law to which no response is required. To the extent the allegations are deemed factual allegations, they are denied.

---

[1] Because this is an action filed under the Freedom of Information Act, it is exempt from the initial requirements of Fed. R. Civ. P. 16(b) and 26(f) according to Local Civil Rule 16.3(b)(9).

2. The allegations contained in Paragraph 2 constitute conclusions of law to which no answer is required. To the extent the allegations are deemed factual allegations, they are denied.

3. Defendant lacks sufficient knowledge to admit or deny the information set forth in paragraph 3.

4. Admit.

5. Admit.

6. Admit.

7. Defendant admits that, by letter to the Secret Service dated March 1, 2013, Plaintiff appealed the agency's initial determination to deny his Freedom of Information Act Request ("FOIA") request. Defendant avers, however, that Defendant ("United States Secret Service") received this letter on March 12, 2013 and avers that it was logged in by the agency's FOIA appeals component on April 17, 2013. Defendant denies the allegation that the Secret Service has not responded to Plaintiff's administrative appeal. Defendant specifically avers that by letter dated May 9, 2013, it responded to Plaintiff's appeal letter, reversed the agency's initial determination, and advised Plaintiff that his FOIA request would be processed.

8. Deny.  Defendant specifically avers that the agency's FOIA appeals component logged in Plaintiff's appeal on April 17, 2013. By letter dated May 9, 2013, the agency responded to Plaintiff's appeal letter, reversed the agency's initial determination, and advised Plaintiff that his FOIA request would be processed.

9. Paragraph 9 repeats and realleges Paragraphs 1 through 8. Therefore, Defendant responds by referring to its responses to those numbered paragraphs.

10. Deny. Defendant logged in Plaintiff's appeal into the agency's FOIA appeals component on April 17, 2013. By letter dated May 9, 2013, the agency responded to Plaintiff's appeal letter, reversed the agency's initial determination, and advised Plaintiff that his FOIA request would be processed.

11. Deny. Defendant denies that it has wrongfully withheld records. It avers that, by letter dated May 9, 2013, Defendant advised Plaintiff that it would process his FOIA request. Defendant further avers that the Secret Service received notice of this lawsuit on May 14, 2013.

12. Paragraph 12 constitutes a claim for relief to which no response is necessary.

**PRAYER FOR RELIEF**

The last paragraph of the Complaint constitutes Plaintiff's claims for relief to which no

response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to relief.

WHEREFORE, Defendant requests the Complaint be dismissed.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. BAR #447889
United States Attorney


DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division



/s/_____

PETER R. MAIER, D.C. Bar # 966242
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7185
Peter.Maier2@usdoj.gov

**Certificate of Service**

I hereby certify that I served the foregoing Answer on this 5th day of August 2013 by the CM/ECF system upon the following:

>David L. Sobel, Esq.
>1818 N. Street N.W.
>Suite 410
>Washington, D.C. 20036

>Patrick J. Carome
>Laura M. Hussain
>Emily L. Stark
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue N.W.
>Washington, D.C. 20006

>Bruce E. Yannett
>Jeremy Feigelson
>Jared I. Kagan
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, New York 10022

**/s/**_____

PETER R. MAIER, D.C. Bar # 966242
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530