**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN POULSEN,<br><br>                              Plaintiff,<br><br>      vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>                              Defendant,<br><br>      and<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY and ITHAKA HARBORS, INC.<br>D/B/A JSTOR,<br><br>                              Movants for<br>                              Intervention. | Case No.  13-0498 (CKK) |

**CONSENT MOTION FOR A STAY OF THE SUPPLEMENTAL BRIEFING**
**SCHEDULE ON MOTIONS TO INTERVENE**

Movants-Intervenors Massachusetts Institute of Technology ("MIT") and Ithaka Harbors,

Inc. d/b/a JSTOR ("JSTOR"), by their undersigned counsel, hereby respectfully move that the

Court stay the supplemental briefing schedule on their Motions to Intervene until further order of

the Court.  In support of this consent motion, Movants-Intervenors state as follows:

1.  On July 18, 2013, MIT filed a Motion to Intervene in this pending Freedom of

Information Act case.  JSTOR filed a similar Motion to Intervene on July 19, 2013.

2.  MIT and JSTOR support access to documents responsive to Plaintiff's FOIA request,

and seek intervention in this case for the limited purpose of ensuring that information that may

jeopardize the safety of MIT's and JSTOR's employees and the security of their computer

networks be redacted from the documents before they are released.

1

3.  On July 24, 2013, following a telephonic hearing, this Court entered a Minute Order in which it ordered all parties to submit supplemental briefing on the Motions to Intervene.  MIT and JSTOR filed supplemental briefs on July 30, 2013.  Plaintiff's response brief is due August 9, Defendant's brief is due August 16, and MIT and JSTOR's reply briefs are due August 23.

4.  Following the telephonic hearing and the Court's Minute Order, counsel for MIT, JSTOR, Plaintiff, and Defendant have initiated discussions to determine whether all parties may be able to stipulate to a process that will satisfy MIT and JSTOR's interests in protecting the safety of their employees and the security of their computer networks, such that Plaintiff's request for documents under FOIA is not subject to further delay.

5.  To allow those discussions to continue fruitfully without imposing undue burden on the parties or the Court, all parties have consented to a stay of the present supplemental briefing schedule on MIT's and JSTOR's Motions to Intervene.

Therefore, for all of the foregoing reasons, MIT and JSTOR respectfully request that the Court enter an Order staying the supplemental briefing schedule ordered on July 24, 2013, until further Order of the Court.

By:      /s/ Patrick J. Carome
PATRICK J. CAROME (DC Bar No. 385676)
LAURA M. HUSSAIN (DC Bar No. 988151)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Patrick.Carome@wilmerhale.com
*Counsel for Movant-Intervenor*
*Massachusetts Institute of Technology*

By:      /s/ Bruce E. Yannett
       BRUCE E. YANNETT (DC Bar No. 416306)
       JEREMY FEIGELSON (admitted *pro hac vice*)
       JARED I. KAGAN (admitted *pro hac vice*)
       Debevoise & Plimpton LLP
       919 Third Avenue
       New York, NY 10022
       Tel.: (212) 909-6000
       beyannett@debevoise.com
       jfeigels@debevoise.com
       jikagan@debevoise.com
       *Counsel for Movant-Intervenor*
       *Ithaka Harbors, Inc. d/b/a JSTOR*

Dated:  August 7, 2013