UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN POULSEN,

    Plaintiff,

vs.

DEPARTMENT OF HOMELAND SECURITY,

    Defendant,

and

MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND ITHAKA HARBORS, INC. D/B/A JSTOR,

    Movants for Intervention.

Case No. 13-0498(CKK)

## ORDER

Upon consideration of the Consent Motion for a Stay of the Briefing Schedule on Motions to Intervene, it is, this 8th day of Aug., 2013, hereby

**ORDERED** that further supplemental briefing on the motions to intervene that was ordered by the Court in its July 24, 2013 Minute Order is stayed until further Order of the Court.

Dated: Aug. 8, 2013

COLLEEN KOLLAR-KOTELLY
United States District Judge