**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEVIN POULSEN,** | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 13-0498 (CKK) |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) |
| Defendant. | ) |

**O R D E R**

**UPON CONSIDERATION** of plaintiff's motion for an order establishing a document processing schedule, and the entire record, it is this ___ day of _____, 2013;

**ORDERED** that plaintiff's motion is granted, and it is;

**FURTHER ORDERED** that defendant shall process agency records responsive to plaintiff's FOIA request at a rate of 2400 pages every 30 days, and shall report to the Court at the conclusion of each 30 day processing period and identify the number of pages of material processed. Disclosure of the processed material to plaintiff shall be held in abeyance pending resolution of the mechanics of any pre-release review of the material by Massachusetts Institute of Technology and Ithaka Harbors, Inc. d/b/a JSTOR, should such review be agreed upon by the parties or ordered by the Court.

_____
UNITED STATES DISTRICT JUDGE