UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN POULSEN,

                 Plaintiff,

vs.

DEPARTMENT OF HOMELAND SECURITY,

                 Defendant,

and

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and ITHAKA HARBORS, INC. D/B/A JSTOR,

                 Movants for Intervention.

Case No.  13-cv-0498 (CKK)

**JOINT STIPULATION FOR REDACTION AND RELEASE OF DOCUMENTS**

The parties hereto, Plaintiff Kevin Poulsen, Defendant Department of Homeland Security ("DHS"), and Movants for Intervention Massachusetts Institute of Technology ("MIT") and Ithaka Harbors, Inc. d/b/a/ JSTOR, by and through their respective counsel of record, hereby stipulate as follows:

1. Further briefing on MIT's and JSTOR's motions to intervene will remain stayed pursuant to the Court's August 8, 2013 Order, until further Order of the Court.

2. Within three (3) business days of the docketing of a version of this stipulation reflecting the Court's approval hereof, DHS will make available to JSTOR and to MIT the remaining twenty-seven (27) pages of documents that have been processed but

1

have not yet been released. These documents will then be reviewed and released in accordance with the procedures in ¶ 4.

3. With respect to each further tranche of documents processed for release to Plaintiff, DHS will provide a notice of intent to release to JSTOR, MIT and Plaintiff at the time the processing is complete. DHS will then promptly provide all processed records to MIT and JSTOR prior to their final release to Plaintiff, for review and release in accordance with the procedures described herein.

4. If a tranche of documents is 250 pages or less:

    A. JSTOR and MIT shall each have five (5) business days from the day of receipt of the documents to give notice to DHS of any additional proposed redactions. JSTOR's and MIT's notices will indicate, by reference to page ranges or other unique identifier, any documents for which MIT and/or JSTOR do not have additional proposed redactions.

    B. For any documents within the tranche for which neither MIT nor JSTOR has proposed additional redactions, DHS shall release those documents promptly to Plaintiff after receiving such notice from JSTOR and MIT, and in any event no later than two (2) business days after receiving such notice.

    C. With regard to any documents for which MIT and/or JSTOR have proposed additional redactions, within ten (10) business days of receiving such notice, DHS shall notify MIT and/or JSTOR whether DHS intends, based on DHS's

        interpretation and application of the Freedom of Information Act ("FOIA"), to either (1) prepare the documents for release to Plaintiff in a form reflecting all redactions proposed by MIT and/or JSTOR, or (2) reject some or all of JSTOR's and/or MIT's proposed redactions.

    D.     If DHS, consistent with its interpretation and application of the FOIA, intends to prepare the documents for release to Plaintiff in a form reflecting all redactions proposed by MIT and/or JSTOR, then DHS will prepare and release those documents in accordance with the procedures described in ¶ 7.

    E.     If DHS, consistent with its interpretation and application of the FOIA, intends to reject some or all of MIT's and/or JSTOR's proposed redactions, then the parties will follow the procedures described in ¶ 6.

5.     If a tranche of documents is 251 pages or more:

    A.     JSTOR and MIT shall each have ten (10) business days from the day of receipt of the documents to give notice to DHS of any additional proposed redactions. JSTOR's and MIT's notices will indicate, by reference to page ranges or other unique identifier, any documents for which MIT and/or JSTOR do not have additional proposed redactions.

    B.     For any documents within the tranche for which neither MIT nor JSTOR has proposed additional redactions, DHS shall release those documents promptly

        to Plaintiff after receiving such notice from JSTOR and MIT, and in any event no later than two (2) business days after receiving such notice.

    C.    With regard to any documents for which MIT and/or JSTOR have proposed additional redactions, within fifteen (15) business days of receiving such notice, DHS shall notify MIT and/or JSTOR whether DHS intends, based on DHS's interpretation and application of the Freedom of Information Act ("FOIA"), to either (1) prepare the documents for release to Plaintiff in a form reflecting all redactions proposed by MIT and/or JSTOR, or (2) reject some or all of JSTOR's and/or MIT's proposed redactions.

    D.    If DHS, consistent with its interpretation and application of the FOIA, intends to prepare the documents for release to Plaintiff in a form reflecting all redactions proposed by MIT and/or JSTOR, then DHS will prepare and release those documents in accordance with the procedures described in ¶ 7.

    E.    If DHS, consistent with its interpretation and application of the FOIA, intends to reject some or all of MIT's and/or JSTOR's proposed redactions, then the parties will follow the procedures described in ¶ 6.

6.    Within ten (10) business days of receiving a notice from DHS stating that DHS intends to reject some or all of MIT's and/or JSTOR's proposed redactions, and after conferring in good faith with DHS, either JSTOR and/or MIT may renew its motion to intervene or may otherwise seek relief from the Court with regard to any proposed

redaction that DHS states it does not intend to implement.

    A.    Should MIT or JSTOR seek to renew its motion to intervene for the limited purpose of resolving the status of any disputed redactions, DHS and Plaintiff consents to such intervention.

    B.    If either JSTOR or MIT moves for judicial relief with regard to the disputed redactions, DHS will defer the release of those affected documents pending resolution by the Court.

    C.    If, after ten (10) business days have elapsed, neither JSTOR nor MIT has sought to renew its motion to intervene and/or otherwise sought judicial relief, DHS shall then release the documents to Plaintiff.

7. If DHS agrees to adopt any of JSTOR and/or MIT's proposed redactions, prior to the final release of those documents to Plaintiff, DHS shall provide each of JSTOR and MIT three (3) business days in which to review the redacted documents for consistency with the agreed upon redactions. MIT and JSTOR shall not propose additional redactions during this period. If the redactions are consistent, DHS shall release the documents to Plaintiff promptly after the three-day review period. If the redactions are not consistent, DHS shall have five (5) business days to work with MIT or JSTOR to correct the redactions. If a dispute arises with regard to the consistency of the redactions, the parties shall follow the procedures outlined in ¶ 6 with regard to those disputed redactions.

IT IS SO STIPULATED:

Dated: October 23, 2013

By:  /s/ David L. Sobel_____
    DAVID L. SOBEL (DC Bar No. 360418)
    1818 N Street, N.W.
    Suite 410
    Washington, D.C. 20036
    Tel.: (202) 246-6180
    *Counsel for Plaintiff*
    *Kevin Poulsen*

By:  /s/ Bruce E. Yannett_____
    BRUCE E. YANNETT (DC Bar No. 416306)
    JEREMY FEIGELSON (admitted *pro hac vice*)
    JARED I. KAGAN (admitted *pro hac vice*)
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, New York
    Tel.: (212) 909-6000
    Fax.: (212) 909-6836
    jfeigels@debevoise.com
    *Counsel for Movant-Intervenor*
    *Ithaka Harbors, Inc. d/b/a JSTOR*

By  /s/ Patrick J. Carome_____
    PATRICK J. CAROME (DC Bar No. 385676)
    LAURA M. HUSSAIN (DC Bar No. 988151)
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Ave, N.W.
    Washington, D.C. 200006
    Tel.: (202) 663-6000
    Fax.: (202) 663-6363
    Patrick.Carome@wilmerhale.com
    *Counsel for Movant-Intervenor*
    *Massachusetts Institute of Technology*

RONALD C. MACHEN, JR. (DC Bar No. 447889)
United States Attorney

DANIEL F. VAN HORN (DC Bar No. 924092)
Chief, Civil Division

By: /s/ Peter R. Maier_____
    PETER R. MAIER (DC Bar No. 966242)
    Special Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Tel.: (202) 252-7185
    Peter.Maier2@usdoj.gov
    *Counsel for Defendant*
    *Department of Homeland Security*

SO ORDERED this \_\_\_ day of _____, 2013

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge