IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY<br>Washington, DC 20528,<br><br>        Defendant. | Case No: 13-0498 (CKK) |

## STATUS REPORT

1. On August 7, 2013, the Court ordered Defendant, Department of Homeland Security ("DHS"), to file a status report with the Court every 45 days regarding the progress of its collection and processing of documents potentially responsive to Plaintiff's Freedom of Information Act ("FOIA") request (including reviewing the documents for the applicability of FOIA exemptions).

2. Defendant filed its first status report on September 23, 2013. (Dkt # 32).

3. After filing its first status report, the Defendant continued its discussions with Plaintiff and Intervenor-Applicants MIT and JSTOR concerning pre-release review by MIT and JSTOR.

4. The Federal Government ceased normal operations on October 1, 2013 and did not resume them until October 17, 2013. From October 1 until October 17, 2013, the United States Secret Service ("Secret Service") Freedom of Information/Privacy Act Office suspended operation. In addition, other Secret Service employees responsible for reviewing documents

in connection with Plaintiff's FOIA request were furloughed for the entire shutdown period, or could not work on processing documents in this matter because that task was not deemed essential.

5. After the government shutdown ended, the Defendant resumed discussions with Plaintiff, MIT, and JSTOR concerning this matter and resumed its review and processing of responsive documents.

6. On October 24, 2013, the Court approved a Joint Stipulation for Redaction and Release of Documents governing pre-release review by MIT and JSTOR ("Joint Stipulation"), which was docketed electronically on October 28, 2013. (Dkt # 34).

7. On October 29, 2013, the Secret Service transmitted to MIT and JSTOR the 27 documents described in Paragraph 2 of the Joint Stipulation.

8. On November 4, 2013, the Secret Service notified MIT, JSTOR, and Plaintiff that it would transmit two groups of documents to them. The first group comprised more than 250 pages of documents. The second group comprised more than 250 pages of photographs, videos, and spreadsheet information. The spreadsheet information comprised approximately 3,373 pages.

9. On the same date, the Secret Service transmitted the two groups of documents to MIT and JSTOR for pre-release review.

10. On November 6, 2013, the Secret Service released to Plaintiff 26 of the 27 pages of documents described in Paragraph 2 of the Joint Stipulation. The parties are discussing the one remaining page in conformity with Paragraph 4C of the Joint Stipulation.

11. The Secret Service continues to consult with outside federal agencies regarding material that they originated. The government shutdown also delayed those discussions.

>Respectfully submitted,
>
>RONALD C. MACHEN JR., D.C. BAR #447889
>United States Attorney
>
>DANIEL F. VAN HORN, D.C. Bar # 924092
>Chief, Civil Division
>
>_____/s/_____
>
>PETER R. MAIER, D.C. Bar # 966242
>Special Assistant United States Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>(202) 252-2578
>Peter.Maier2@usdoj.gov

## Certificate of Service

I hereby certify that I served the foregoing Status Report on this 8th day of November 2013 by the CM/ECF system upon the following:

>David L. Sobel, Esq.
>1818 N. Street N.W.
>Suite 410
>Washington, D.C. 20036
>
>Laura M. Hussain
>Wilmer Hale
>1875 Pennsylvania Avenue N.W.
>Washington, D.C. 20006
>
>Jesse Kagan
>Debevoise & Plimpton
>919 Third Avenue
>New York, NY 10022
>
>
>          /s/
>PETER R. MAIER,
>D.C. Bar # 966242
>Assistant United States Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>(202) 252-2578
>Peter.Maier2@usdoj.gov