IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY<br>Washington, DC 20528,<br><br>    Defendant. | Case No: 13-0498 (CKK) |

## STATUS REPORT

1. On August 7, 2013, the Court ordered Defendant, Department of Homeland Security, to file a status report with the Court every 45 days regarding the progress of its collection and processing of documents potentially responsive to Plaintiff's Freedom of Information Act ("FOIA") request (including reviewing the records for responsiveness to the request and for the applicability of FOIA exemptions).

2. On October 24, 2013, the Court approved a Joint Stipulation for Redaction and Release of Documents governing pre-release review by MIT and JSTOR ("Joint Stipulation"), which was docketed electronically on October 28, 2013. (Dkt # 34).

3. On February 14, 2014, the Secret Service notified MIT, JSTOR, and Plaintiff that it would transmit to MIT and JSTOR a group of materials consisting of more than 250 pages of documents and one video.

4. On February 18, 2014, Defendant filed its previous status report. (Dkt # 39).

5. On February 26, 2014, MIT and JSTOR each proposed additional redactions to the documents referenced in Paragraph 3.

6. On March 25, 2014, the Secret Service released to Plaintiff approximately 259 of 276 pages of the documents referenced in Paragraph 3.

7. As part of the same release, the Secret Service released to Plaintiff one additional document that was inadvertently withheld from a prior release.

8. On March 28, 2014, the Secret Service released to Plaintiff the remaining 17 documents from the group referenced in Paragraph 3.

9. On April 2, 2014, the Secret Service released to Plaintiff the video referenced in Paragraph 3.

10. On April 3, 2014, the Secret Service notified MIT, JSTOR, and Plaintiff that it would transmit to MIT and JSTOR an additional group of materials consisting of more than 250 pages of documents.

11. On the same date, the Secret Service transmitted to MIT and JSTOR the documents referenced in Paragraph 10.

12. The Secret Service continues to consult with outside federal agencies regarding materials that originated with those agencies.

        Respectfully submitted,

        RONALD C. MACHEN JR.,
        D.C. BAR #447889
        United States Attorney

        DANIEL F. VAN HORN,
        D.C. Bar # 924092
        Chief, Civil Division

        /s/_____
        PETER R. MAIER,
        D.C. Bar # 966242
        Special Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington D.C. 20530
        (202) 252-2578
        Peter.Maier2@usdoj.gov

**Certificate of Service**

I hereby certify that I served the foregoing Status Report on this 4th day of April, 2014 by the CM/ECF system upon the following:

> David L. Sobel, Esq.
> 1818 N. Street N.W.
> Suite 410
> Washington, D.C. 20036
>
> Laura M. Hussain
> Wilmer Hale
> 1875 Pennsylvania Avenue N.W.
> Washington, D.C. 20006
>
> Jesse Kagan
> Debevoise & Plimpton
> 919 Third Avenue
> New York, N.Y. 10022

                                       /s/
                                  PETER R. MAIER, D.C. Bar # 966242
                                  Special Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 252-2578

                                  Peter.Maier2@usdoj.gov