IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN<br>520 Third Street, Suite 305<br>San Francisco, CA 94107,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY<br>Washington, DC 20528,<br><br>        Defendant. | Case No: 13-0498 (CKK) |

## JOINT STATUS REPORT

1. In its January 21, 2015 Minute Order, the Court directed the parties to file a Joint Status Report by March 9, 2015 informing the Court of their progress with respect to the matters discussed in the Joint Status Report filed January 20, 2015. (Dkt. # 49).

2. Counsel for Plaintiff and Defendant, the Department of Homeland Security, continue to engage in discussions concerning matters to be resolved prior to the filing of a Vaughn index and cross-motions for summary judgment. These matters have been narrowed to a discussion of documents withheld by Defendant in whole or in part under Exemption (b)(5), Exemption (b)(6), and Exemption (b)(7)(C).

3. In an email dated March 6, 2015, the Secret Service transmitted to counsel for Plaintiff a document describing all of the redactions proposed by the Secret Service under Exemption (b)(5).

4. The email referenced in Paragraph 3 also included as attachments several pages of documents specifically requested by counsel for Plaintiff.

5. On March 9, 2015, the Secret Service transmitted to Plaintiff a video specifically requested by counsel for Plaintiff.

6. Counsel for Defendant continues to engage in discussions with counsel for Interveners concerning the application of FOIA exemptions that address the privacy interests of third parties.

7. At this time, the parties believe it is premature to present a proposed schedule for disposition of the matter on cross-motions for summary judgment.

8. Therefore, Plaintiff and Defendant request leave of Court to file a Joint Status Report by April 9, 2015 informing the Court of their progress on the matters discussed in this Status Report and, if appropriate, presenting a proposed schedule for disposition of the matter on cross-motions for summary judgment.

    Respectfully submitted,

    /s/
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W., Suite 640
Washington, DC 20015
(202) 246-6180

Counsel for Plaintiff

RONALD C. MACHEN JR.,
D.C. BAR #447889
United States Attorney

DANIEL F. VAN HORN,
D.C. Bar # 924092
Chief, Civil Division

/s/_____
PETER R. MAIER,
D.C. Bar # 966242
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington D.C. 20530
(202) 252-2578
Peter.Maier2@usdoj.gov

**Certificate of Service**

I hereby certify that I served the foregoing Joint Status Report on this 9th day of March 2015 by the CM/ECF system upon the following:

>Patrick Carome
>Laura M. Hussain
>Christopher Bolyai
>Wilmer Hale
>1875 Pennsylvania Avenue N.W.
>Washington, D.C. 20006
>
>Jesse Kagan
>Debevoise & Plimpton
>919 Third Avenue
>New York, N.Y. 10022

>_____/s/_____
>PETER R. MAIER, D.C. Bar # 966242
>Special Assistant United States Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>(202) 252-2578
>
>Peter.Maier2@usdoj.gov