# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Case No: 13-0498 (CKK) |
| | )<br>) |
| DEPARTMENT OF HOMELAND SECURITY, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STATUS REPORT

1. In its April 13, 2015 Minute Order, the Court directed the parties to file a Joint Status Report by May 9, 2015 informing the Court of their progress with respect to the matters discussed in the most recent Joint Status Report (Dkt. No. 51) and, if appropriate, present a schedule for the briefing of cross-motions for summary judgment.

2. Counsel for Plaintiff and Defendant, the Department of Homeland Security, have engaged in discussions concerning what matters remains at issue in this case. The parties have concluded that the only issue that remains to be resolved is Plaintiff's claim that he is entitled to an award of attorney's fees and costs. The parties intend to discuss this matter further to determine whether all issues can be resolved and a notice of settlement and voluntary dismissal can be entered.

3. Plaintiff and Defendant request leave of Court to file a Joint Statement by June 9, 2015 informing the Court of their progress on the matters discussed in this Status Report and, if

appropriate, presenting a proposed schedule for disposition of Plaintiff's claim for an award of attorney's fees and costs.

                                                   Respectfully submitted,

                                                   */s/ David L. Sobel*
                                                   DAVID L. SOBEL
                                                   D.C. Bar No. 360418
                                                   5335 Wisconsin Avenue, N.W., Suite 640
                                                   Washington, DC 20015
                                                   (202) 246-6180

                                                   Counsel for Plaintiff

                                                 VINCENT H. COHEN, JR.,
                                                 D.C. BAR #471489
                                                 Acting United States Attorney

                                                 DANIEL F. VAN HORN,
                                                 D.C. Bar # 924092
                                                 Chief, Civil Division

                                                 */s/ Peter R. Maier*
                                                 PETER R. MAIER
                                                 D.C. Bar # 966242
                                                 Special Assistant United States Attorney
                                                 555 Fourth Street, N.W.
                                                 Washington D.C. 20530
                                                 (202) 252-2578
                                                 Peter.Maier2@usdoj.gov

                                                 Counsel for Defendant