UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN POULSEN,<br>      Plaintiff<br><br>       v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>      Defendant | Civil Action No. 13-498 (CKK) |

**ORDER and JUDGMENT**
(March 21, 2016)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 21st day of March, 2016, hereby

**ORDERED** that Plaintiff's [57] Motion for an Award of Attorney's Fees and Costs is GRANTED IN PART and DENIED IN PART.

The Court GRANTS Plaintiff's request as to $22,588.50 in fees and $350 in costs and AWARDS those amounts. The Court otherwise DENIES Plaintiff's request.

It is further ORDERED and ADJUDGED that the Department of Homeland Security shall pay Plaintiff Kevin Poulsen's attorneys' fees in the amount of $22,588.50 and costs in the amount of $350, for a total of $22,938.50.

Pursuant to the parties' [55] Joint Status Report, there are no other remaining issues in this case. Therefore, this action is DISMISSED in its entirety.

**SO ORDERED.**

*This is a final, appealable order.*

                                                                /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge